Eastern Milk Producers Cooperative Association, Inc. *v.* National Farmers Organization, Inc., Appellant.

Argued September 27, 1973. Before JONES, C. J., EAGEN, O'BRIEN, POMEROY, NIX and MANDERINO, JJ.

*Oliver N. Hormell,* with him *Paul A. Simmons,* and *Hormell, Tempest, Bigi & Melenyzer,* for appellant.

*John E. Eberly,* for appellee.

OPINION PER CURIAM, November 26, 1973:
The decree of the court below is modified by the deletion of the second paragraph thereof for the reason that the individual dairy producers therein referred to whose marketing contracts with the appellee have not

expired, have not been made parties to this suit. As thus modified, the decree is affirmed. Costs on appellant.

Mr. Justice ROBERTS took no part in the consideration or decision of this case.